**Opinion issued May 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-23-00940-CV

_____

**EPIC CUSTOM HOMES, LTD AND GREG TAYLOR, Appellants**

**V.**

**STEPHANIE KINDLE AND BRENT KINDLE, Appellees**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-75448**

---

## MEMORANDUM OPINION

Appellants Epic Custom Homes, Ltd. and Greg Taylor have neither established indigence, nor paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1 (listing requirements for establishing indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to

appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. On January 2, 2024, the Court issued a notice, advising appellants that failure to pay the fee for the clerk's record could result in dismissal of this appeal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case). Appellants failed to respond to our notice.

Accordingly, we dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.